IN RE:

                                              Case No:15-52205
                                              Chapter 13
                                              Hon: SHEFFERLY

Douglas & Michelle Sherman

                              Debtor(s).
_____/

CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224

James Frego
23843 Joy Rd
Dearborn Heights, MI 48127
(313) 565-4252
_____/

## OBJECTION TO CONFIRMATION

NOW COMES, Credit Union ONE, by and through its attorneys, The Leduc Group, and for its Objection to Confirmation of the Debtor's Chapter 13 Plan, states as follows:

1. That Debtors Chapter 13 Plan proposes to strip the second mortgage lien from their residence at 45332 Ronnen Dr Macomb MI, 48044.

2. Creditor objects to the Debtors' valuation and believe it to be worth more than the value of the first mortgage and that accordingly the loan should be treated as a Class 4 Claim.

3. Based on the Debtors' testimony at the First Meeting of Creditors and Pursuant to 11 USC 1325 Creditor asserts that the Plan was not proposed in good faith and that the Debtors' incurred a $20,000 debt with Creditor shortly before filing.

WHEREFORE, Credit Union ONE, requests this Court to deny the Debtor's confirmation of the Chapter 13 Plan.

Dated: October 5, 2015         By:    /S/ Christopher E. Frank
                                                    Christopher E. Frank (P67169)
                                                    cfrank@theleducgroup.com
                                                    Attorney for Creditor
                                                    P.O. Box 2191
                                                    Royal Oak, MI 48068
                                                    248-268-2224

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:15-52205
Chapter 13
Hon: SHEFFERLY

Douglas & Michelle Sherman
                            Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(313) 914-5846

James Frego
23843 Joy Rd
Dearborn Heights, MI 48127
(313) 565-4252
_____/

## PROOF OF SERVICE

       On the October 5, 2015, a copy of the Objections to confirmation of the Chapter 13 Plan ,and this Proof of Service were served electronically or by first class mail to the following:

David Ruskin, Trustee

James Frego, Debtor Counsel

Douglas & Michelle Sherman
45332 Ronnen Dr
Macomb MI, 48044

                                                    /s/ Christopher E. Frank____
                                                    Christopher E. Frank (P67169)
                                                    cfrank@theleducgroup.com
                                                    P.O. Box 2191
                                                    Royal Oak, MI 48068
                                                    248-268-2224